Rafael Daniel De La Cruz–Jimenez, Waymart, PA, pro se.

Carol E. Herman, Miami, FL, Anne R. Schultz, U.S. Attorney's Office, Stephen Schlessinger, Miami, FL, for Appellee.

Before ANDERSON, BIRCH and BARKETT, Circuit Judges.

PER CURIAM:

Rafael Daniel De La Cruz–Jimenez, a prisoner proceeding *pro se*, appeals the district court's denial of his motion for extension of time to file a certificate of appealability ("COA"). In a previous order, we granted the government's motion to dismiss in part, but allowed Jimenez to proceed in appealing the district court's January 25, 2006, order denying his motion to extend time to file a COA. Therefore, the only issue on appeal was whether the district court abused its discretion in denying Jimenez's motion to extend time to file a COA. On appeal, Jimenez does not address that issue, but rather argues the merits of his original 28 U.S.C. § 2255 motion. Accordingly, Jimenez abandons the only issue on appeal and we must affirm. *See United States v. Thomas*, 242 F.3d 1028, 1033 (11th Cir.2001) (holding that a party abandons an issue when the party fails to raise an argument in an initial brief).

**AFFIRMED.**

**Salvador MAGLUTA, Plaintiff–Appellant,**

v.

**WARDEN, FEDERAL CORRECTIONAL INSTITUTION, et al., Defendants.**

Kenneth Lee, (Captain), Lt. Ruben Collado, Lt. Martin Ricaboldi, Lt. Eduardo Serrano, Lt. John Does, 1–3, Monica Wetzel, Jane Doe 1–2, Defendants–Appellees.

No. 07–10707
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Nov. 9, 2007.

Paul D. Petruzzi, Law Offices of Paul Petruzzi, Miami, FL, for Plaintiff-Appellant.

Anne R. Schultz, U.S. Attorney's Office, Madeleine R. Shirley, Miami, FL, for Defendants–Appellees.

Before TJOFLAT, ANDERSON and BARKETT, Circuit Judges.

PER CURIAM:

We affirm the district court's judgment, granted on appellees' motions to dismiss and for summary judgment. We find no merit in appellant's claims for the reasons stated in the district court's dispositive order of December 29, 2006.

AFFIRMED.